U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

UNIVERAL IMAGINE PRINT GROUP, LLC
d/b/a IMAGINE PRINT GROUP
v.
JAMES MULLEN

Case Number:

KC **FILED**
NOV 29 2007
Nov 29 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Universal Imagine Print Group, LLC d/b/a Imagine Print Group

**07CV6720
JUDGE KOCORAS
MAGISTRATE JUDGE COX**

| NAME (Type or print) |
| --- |
| Megan M. Mathias |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Megan M. Mathias |

| FIRM |
| --- |
| Horwood Marcus & Berk Chartered |

| STREET ADDRESS |
| --- |
| 180 North LaSalle Street, Suite 3700 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6280497 | (312) 606-3200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐