UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL IMAGINE PRINT GROUP, LLC, d/b/a IMAGINE PRINT GROUP,<br><br>    Plaintiff<br><br>v.<br><br>JAMES MULLEN,<br><br>    Defendant. | Case No. 07 C 6720<br><br>Judge Charles P. Kocoras<br>Magistrate Judge Cox |

## NOTICE OF FILING

To:     Jeffrey Bunn, Esq.
        Horwood, Marcus & Berk Chartered
        180 North LaSalle Street, Suite 3700
        Chicago, Illinois 60601

        PLEASE TAKE NOTICE that on December 4, 2007, we caused to be filed with the Clerk of the United States District Court For the Northern District of Illinois, via ECF System, Defendant's Motion To Dismiss The Complaint For Injunctive And Other Relief and Memorandum of Law in support thereof, a copy of which you will find attached hereto and hereby served upon you.

                                                             Bronson & Kahn LLC

                                                              By: s/s Clive D. Kamins
                                                                          Clive D. Kamins

## CERTIFICATE OF SERVICE

        The undersigned, an attorney, certifies that the above Notice of Filing and attachments referred to therein were served on all parties listed therein via ECF System on the 4th day of December, 2007.

                                                               By: s/s Clive D. Kamins
                                                                          Clive D. Kamins

David A. Shapiro
Michael M. Lorge
Clive D. Kamins
Bronson & Kahn LLC
150 North Wacker Drive, Suite 1400
Chicago, IL 60606
(312) 553-1700