# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Universal Imagine Print Group, LLC

                              Plaintiff,

v.                                              Case No.: 1:07–cv–06720
                                                Honorable Charles P. Kocoras

James Mullen

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 4, 2007:

        MINUTE entry before Judge Charles P. Kocoras :Motion hearing held on 12/4/2007. As discussed in open court, Plaintiff's motion [6] for a temporary restraining order, and defendant's motion [9] for leave to conduct expedited discovery and for a records preservation order, are granted. Parties to submit a draft order for the Court's approval. Plaintiff is given to 12/7/2007 to answer defendant's motion [8] to dismiss. Defendant's reply is due 12/11/2007. Status hearing set for 12/13/2007 at 9:45 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.