# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6720 | **DATE** | 12/6/2007 |
| **CASE TITLE** | Universal Imagine Print Group vs. Mullen | | |

**DOCKET ENTRY TEXT**

Enter Temporary Restraining Order and Order Granting Expedited Discovery and Preserving Records.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|