## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNIVERSAL IMAGINE PRINT GROUP, LLC, d/b/a IMAGINE PRINT GROUP, | ) ) ) | |
| Plaintiff | ) ) | Case No. 07 C 6720 |
| v. | ) ) | Judge Charles P. Kocoras |
| JAMES MULLEN, | ) ) ) | Magistrate Judge Cox |
| Defendant. | ) | |

## NOTICE OF FILING

To:   Jeffrey Bunn, Esq.
      Horwood, Marcus & Berk Chartered
      180 North LaSalle Street, Suite 3700
      Chicago, Illinois 60601

    PLEASE TAKE NOTICE that on December 11, 2007, we caused to be filed with the Clerk of the United States District Court For the Northern District of Illinois, via ECF System, Defendant's Reply in Support of Motion To Dismiss The Complaint For Injunctive And Other Relief, a copy of which you will find attached hereto and hereby served upon you.

                                            Bronson & Kahn LLC

                                            By: s/s Clive D. Kamins
                                                Clive D. Kamins

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that the above Notice of Filing and attachments referred to therein were served on all parties listed therein via ECF System on the 11th day of December, 2007.

                                            By: s/s Clive D. Kamins
                                                Clive D. Kamins

David A. Shapiro
Michael M. Lorge
Clive D. Kamins
Bronson & Kahn LLC
150 North Wacker Drive, Suite 1400
Chicago, IL 60606
(312) 553-1700

J:\X FILES\000--LITIGATION--000\Mullen advs. Universal Image\Notice of Filing2.doc