**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Universal Imagine Print Group, LLC

            Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:07–cv–06720
　　　　　　　　　　　　　　　　　　　　Honorable Charles P. Kocoras

James Mullen

            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 13, 2007:

  MINUTE entry before Judge Charles P. Kocoras :Status hearing held on 12/13/2007. Without objection, the temporary restraining order is extended for an additional 10 days. By agreement of the parties, the status quo is continued until 1/10/2008. Status hearing set for 1/10/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.