**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Universal Imagine Print Group, LLC
                          Plaintiff,

v.                                          Case No.: 1:07–cv–06720
                                                      Honorable Charles P. Kocoras

James Mullen
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 4, 2008:

      MINUTE entry before Judge Charles P. Kocoras :Defendant's motion [8] to dismiss is denied in its entirety. (See Memorandum Opinion) Status hearing set for 1/10/2008 at 9:30 a.m. to stand. Mailed notice(sct, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.