UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Universal Imagine Print Group, LLC
　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:07–cv–06720
　　　　　　　　　　　　　　　　　　　　Honorable Charles P. Kocoras

James Mullen
　　　　　　　　　　　　　　　　Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2008:

　　　MINUTE entry before Judge Charles P. Kocoras :Status hearing held on 1/10/2008. Status hearing set for 1/29/2008 at 09:30 AM. By agreement of the parties, the temporary restraining order is extended to 1/29/2008.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.