UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL IMAGINE PRINT GROUP, LLC, d/b/a IMAGINE PRINT GROUP, ) ) ) | |
| Plaintiff ) | Case No. 07 C 6720 |
| ) | |
| v. ) | Judge Charles P. Kocoras |
| ) | Magistrate Judge Cox |
| JAMES MULLEN, ) ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO WITHDRAW**

NOW COME the Movants, Clive D. Kamins, David A. Shapiro, Marc W. O'Brien and Michael M. Lorge of Bronson & Kahn LLC ("B&K"), counsel of record for the Defendant, JAMES MULLEN, and respectfully move, pursuant to LR 83.17, for leave of Court to withdraw as counsel for JAMES MULLEN. In support of this Motion, B&K states as follows:

1. B&K are attorneys of record for JAMES MULLEN in the above-captioned matter and have represented him in connection with the Complaint filed against him by Plaintiff herein.

2. B&K represented JAMES MULLEN in this matter in accordance with instructions from its client. However, irreconcilable differences have arisen so that it is no longer possible for B&K to continue representing JAMES MULLEN herein.

3. JAMES MULLEN's last known address is 555 Business Center Drive, Mount Prospect, IL 60056, and he has received notice of the intention of B&K to

withdraw as his counsel and does not object to same.  JAMES MULLEN has also received Notice of the presentation of this Motion and a copy of the Motion. .

WHEREFORE, the Movants, Clive D. Kamins, David A. Shapiro, Marc W. O'Brien and Michael M. Lorge of Bronson & Kahn LLC respectfully request entry of an Order granting  leave of Court to withdraw as attorneys of record for the Defendant, JAMES MULLEN.

BRONSON & KAHN LLC

By: /s/ Clive D. Kamins
     Clive D. Kamins

Clive D. Kamins
Bronson & Kahn LLC
150 North Wacker Drive
Suite 1400
Chicago, Illinois 60606
(312) 553-1700
Attorney No. 1389092

J:\X FILES\000--LITIGATION--000\Mullen advs. Universal Image\Motion-Withdraw.doc

2