## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL IMAGINE PRINT GROUP, LLC, d/b/a IMAGINE PRINT GROUP, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JAMES MULLEN, )<br>)<br>Defendant. ) | Case No. 07 C 6720<br><br>Judge Charles P. Kocoras<br>Magistrate Judge Cox |

### NOTICE OF MOTION

To:   Jeffrey Bunn, Esq.
      Horwood, Marcus & Berk Chartered
      180 North LaSalle Street, Suite 3700
      Chicago, Illinois 60601

   PLEASE TAKE NOTICE that, on **March 13, 2008** at **9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before **Judge Charles A. Kocoras**, or any judge sitting in his stead, in the courtroom usually occupied by him, Room 1725, in the United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **to present the Motion For Leave to Withdraw**, a copy of which is herewith served upon you.

Dated: March 7, 2008                                Bronson & Kahn LLC

                                                    By: /s/ Clive D. Kamins
                                                           Clive D. Kamins

### CERTIFICATE OF SERVICE

   The undersigned, an attorney, certifies that the above Notice of Motion and attachments referred to therein were served on all parties listed therein via ECF System on the 7th day of March, 2008.

                                                    By: /s/ Clive D. Kamins
                                                           Clive D. Kamins

Clive D. Kamins
Bronson & Kahn LLC
150 North Wacker Drive, Suite 1400
Chicago, IL 60606
(312) 553-1700

J:\X FILES\000--LITIGATION--000\Mullen advs. Universal Image\Notice of Motion.doc