UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Universal Imagine Print Group, LLC
                         Plaintiff,

v.                                             Case No.: 1:07–cv–06720
                                             Honorable Charles P. Kocoras

James Mullen
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge Charles P. Kocoras :Status and motion hearing held on 3/13/2008. Clive Kamins, David Shapiro, Marc O'Brien and Michael Lorge's motion [26] for leave to withdraw as counsel for defendant is granted. Status hearing set for 4/2/2008 at 9:30 a.m. Defendant is given to 4/2/2008 to file the appearance of new counsel. Defendant's new counsel is directed to appear at the 4/2/2008 status hearing. If defendant does not have new counsel, then defendant is directed to appear at said status hearing. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.