## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 07-cv-06720

Universal Imagine Print Group, LLC

v

James Mullen

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

James Mullen

| | |
|---|---|
| NAME (Type or print)<br>F. John McGinnis | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ F. John McGinnis | |
| FIRM | |
| STREET ADDRESS<br>10 South LaSalle Street, Suite 3500 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1839446 | TELEPHONE NUMBER<br>312-223-1111 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐