# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL IMAGINE PRINT GROUP, LLC, d/b/a IMAGINE PRINT GROUP<br><br>    Plaintiff,<br><br>v.<br><br>JAMES MULLEN,<br><br>    Defendant. | Case No.: 07 C 6720 |

## MOTION FOR VOLUNTARY DISMISSAL

UNIVERSAL IMAGINE PRINT GROUP, LLC, d/b/a IMAGINE PRINT GROUP, INC. ("Imagine Print Group"), by its attorneys, Horwood Marcus & Berk Chartered moves this Honorable Court, for a leave to voluntarily dismiss the pending litigation, and in support thereof, states as follows:

  1. Consistent with the representations of counsel previously published to the Court at prior status hearings, the parties have entered into a written Settlement Agreement, pursuant to which they have exchanged mutual releases and agreed to a voluntary dismissal of the pending litigation, with each party to bear their own costs.

  2. No prejudice will accrue to either party by virtue of the granting of the instant motion, and conversely, the dismissal of the pending litigation will serve the interests not only of the parties, but also the Court.

WHEREFORE, UNIVERSAL IMAGINE PRINT GROUP INC., d/b/a IMAGINE PRINT GROUP, LLC. moves this Honorable Court to voluntarily dismiss the pending litigation,

476084/1/10898.000

with prejudice, both parties to bear their own costs.

                        Respectfully submitted,

                        **UNIVERSAL IMAGINE PRINT GROUP, LLC**
                        **d/b/a IMAGINE PRINT GROUP, INC.**


                        By:    /s/ Jeffrey H. Bunn
                                One of Its Attorneys

Jeffrey H. Bunn (ARDC No.: 03126903)
Megan M. Mathias (ARDC No.: 6290497)
**HORWOOD MARCUS & BERK CHARTERED**
180 North LaSalle Street
Suite 3700
Chicago, Illinois 60601
(312) 606-3200

470684/10898.000         2

**CERTIFICATE OF SERVICE**

The undersigned counsel of record hereby certifies that a copy of the **MOTION FOR VOLUNTARY DISMISSAL** has been filed electronically on June 6, 2008. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system:

>John F. McGinnis
>Law Offices of John McGinnis
>10 S. LaSalle
>Suite 3500
>Chicago, Illinois  60603

/s/ Jeffrey H. Bunn