UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL IMAGINE PRINT GROUP, LLC, d/b/a IMAGINE PRINT GROUP<br><br>             Plaintiff,<br><br>     v.<br><br>JAMES MULLEN,<br><br>             Defendant. | Case No. 07 C 6720 |

## NOTICE OF MOTION

TO:  John F. McGinnis
     Law Offices of John McGinnis
     10 S. LaSalle
     Suite 3500
     Chicago, Illinois  60603

**PLEASE TAKE NOTICE** that on **June 12, 2008**, at **9:30 a.m.**, I shall appear before the Honorable Judge Charles P. Kocoras or any judge sitting in his stead, of the Northern District of Illinois for the Eastern Division, and then and there present the **Motion For Voluntary Dismissal**, a copy of which is attached hereto.

                                        Respectfully submitted,

                                        **UNIVERSAL IMAGINE PRINT GROUP, LLC
                                        d/b/a IMAGINE PRINT GROUP, INC.**

                                        By:       /s/Jeffrey H. Bunn_____
                                                  One of Its Attorneys

Jeffrey H. Bunn (ARDC No.: 03126903)
Megan M. Mathias (ARDC No.: 6290497)
**HORWOOD MARCUS & BERK CHARTERED**
180 North LaSalle Street, Suite 3700
Chicago, Illinois  60601
(312) 606-3200

476934/1/10898.000