# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6720 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Universal Image Print Group vs. Mullen | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion [32] for voluntary dismissal with prejudice and with each side to bear their own costs is granted. So ordered. Hearing on said motion, set for 6/12/2008, is stricken. Status hearing set for 8/20/2008 is also stricken. All matters in controversy having been resolved, final judgment of dismissal with prejudice is entered.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|