# United States District Court

## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Universal Image Print Group, LLC | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6720 |
| James Mullen | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this cause is voluntarily dismissed with prejudice, and with each side to bear their own costs. All matters in controversy having been resolved, final judgment of dismissal with prejudice is entered.

Michael W. Dobbins, Clerk of Court

Date: 6/11/2008                    /s/ Stephen C. Tokoph, Deputy Clerk